THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| U.S. PATENT NO. 7,679,637 LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>              Defendant. | No. 2:23-cv-00592-JHC<br><br>**ORDER GRANTING DEFENDANT GOOGLE LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**MAY 10, 2023** |

    The Court having reviewed Defendant Google LLC's Unopposed Motion for Extension of Time to Answer Complaint, or otherwise respond to Plaintiff U.S. Patent No. 7,679,637 LLC's Complaint, and good cause appearing therefore,

    IT IS HEREBY ORDERED THAT

    Defendant's Motion is Granted. The Defendant's deadline to answer or otherwise respond to the Complaint is extended to June 16, 2023.

DATED: May 10th, 2023

By: _/s/ John H. Chun_
Hon. John H. Chun
U.S. District Judge

---

ORDER ON UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER
COMPLAINT – 1 (No. 2:23-cv-00592-JHC)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000