THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| U.S. PATENT NO. 7,679,637 LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | No. 2:23-cv-00592-JHC<br><br>**ORDER GRANTING DEFENDANT GOOGLE LLC'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

The Court having reviewed Defendant Google LLC's Unopposed Motion for Extension of Time to Answer Complaint, or otherwise respond to Plaintiff U.S. Patent No. 7,679,637 LLC's Complaint, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT

Defendant's Motion is Granted. The Defendant's deadline to answer or otherwise respond to the Complaint is extended from June 16, 2023, to July 17, 2023.

DATED: June 5, 2023    By: _/s/ John H. Chun_
John H. Chun
U.S. District Judge

ORDER ON SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER COMPLAINT – 1
(No. 2:23-cv-00592-JHC)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000