THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| U.S. PATENT NO. 7,679,637 LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | No. 2:23-cv-00592-JHC<br><br>**ORDER GRANTING PARTIES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO EXCHANGE INITIAL DISCLOSURES AND FILE JOINT STATUS REPORT** |

The Court having reviewed the parties' Unopposed Motion for Extension of Time to Exchange Initial Disclosures and File Joint Status Report and good cause appearing therefore,

IT IS HEREBY ORDERED THAT

This Motion is Granted. The deadlines set forth in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement entered on May 22, 2023 (Dkt. No. 16) are modified as set forth below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 06/20/2023 | 07/31/2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 06/23/2023 | 07/31/2023 |

ORDER GRANTING PARTIES' UNOPPOSED
MOTION FOR EXTENSION OF TIME
(No. 2:23-cv-00592-JHC) - 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED: June 15, 2023

By: *John H. Chun* (signature)
Hon. John H. Chun
U.S. District Judge

Presented by:

*/s/ Ryan J. McBrayer*
Ryan J. McBrayer, WSBA No. 28338
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: RAlsalam@perkinscoie.com

**Attorneys for Defendant Google LLC.**

ORDER GRANTING PARTIES' UNOPPOSED
MOTION FOR EXTENSION OF TIME
(2:23-cv-00592-JHC) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000