# EXHIBIT 1

**Exhibit 1 to Complaint: Select Evidence of Infringement**

| Claim | Analysis | Select Evidence | | |
|---|---|---|---|---|
| 2. A web conferencing system comprising: | Google has developed and supports web-based live streaming through its "YouTube" line of products. When used in this manner, YouTube is a web conferencing system.<br><br>"Web conferencing systems can be used to hold meetings and give presentations where participants are in remote locations." '637, 2:37-38. | | | |
| [2](a) a first client application allowing at least one presenting participant to share computer screen video, | At least 3 different Google products allow a presenter to share computer screen video (the "Infringing Google Presenting Participant Applications"): the YouTube Livestream Website (e.g., | Livestreaming created using the YouTube Website allows sharing computer screen video. Infringement occurs several ways:<br><br>• If YouTube Livestreaming webpage itself is treated as the "first | The YouTube App allows the presenter to share computer screen video | Google Meet allows the presenter to share computer screen video and livestream to YouTube |

1

| Claim | Analysis | Select Evidence | |
|---|---|---|---|
| | studio.youtube.com); the YouTube App running on a smartphone or tablet; and Google Meet. The Infringing Google Input Applications all allow a presenting participant to share computer screen video.[1] | client application," Google's YouTube Website directly infringes this element.  And/or:<br><br>• If a third-party encoder is treated as the "first client application," YouTube directly infringes this element because it directs and controls (and verifies) how the third-party encoders must operate and Google puts the YouTube system into place and benefits from its use. And/Or:<br><br>• If a third-party encoder is treated as the "first client application," and it is determined that YouTube does not direct and control (and verify) how the third-party encoders must operate, then Google is liable for | |

---

[1] Google YouTube system also supports livestreaming initiated from a variety of other devices and platforms including Sony Playstations, Zoom, Bluejeans, and others.  Such alternative systems may support additional variations of infringement by Google.

| Claim | Analysis | Select Evidence | | |
|---|---|---|---|---|
| | | inducing infringement because it is aware of the '637 Patent and how encoder/YouTube infringe the patent and has continued to induce users to use encoders while live streaming to YouTube. | | |
| [2](b) said first client application also being arranged to allow said presenting participant to share at least one data stream selected from the group consisting of chat data, documents, web pages and whiteboarding session, | Each of the three Infringing Google Input Applications allows the presenting participant to share at least one data stream selected from the group consisting of chat data, documents, web pages and whiteboarding session. | Livestreaming created using the YouTube Website has live chat turned on by default<br><br>How to use YouTube Live chat<br>Live chat is turned on by default unless your channel's live stream's audience is set as made for kids. When your live stream ends, it will be archived and viewers can watch the live stream along with the live chat.<br>The live chat feature is only available on YouTube watch pages, not on embedded players.<br><br>https://support.google.com/youtube/answer/2524549 | The YouTube App allows the presenter to "allow chat" | Google Meet allows the presenter to share whiteboarding with a feature called "Jam Board"<br><br>Collaborate with a Jamboard in Google Meet<br>Start or open a Google Jamboard while in a meeting. A Jamboard is a virtual dry erase board where you can brainstorm ideas live with others.<br>Important: You can only start or open a Jamboard during a Meet call if you joined the call on a computer. Meeting participants on a mobile device or tablet will get a link to a Jamboard file and be directed to the Jamboard app.<br>Start or open a Jamboard in a meeting<br>Use Jamboard in a meeting<br>1. Start or Join a meeting.<br>2. At the bottom right, click Activities > Whiteboarding.<br>3. Select an option:<br>• To create a new Jamboard: Click Start a new whiteboard.<br>• To open an existing Jamboard from your drive, shared drives, or computer: Click Choose from Drive.<br><br>https://support.google.com/meet/answer/10071448 |
| [2](c) storage means for recording said computer screen video and said data stream, and | Regardless of how the YouTube live stream was initiated (through the YouTube Website, | | | |

3

| Claim | Analysis | Select Evidence |
|---|---|---|
|  | the YouTube App or Google Meet), Google provides storage means for recording the computer screen data and the data stream. | ## Live chat basics<br><br>Live chat is enabled by default and will appear to the right of the video player when your live stream is active. After your live stream ends, viewers will see a replay of live chat when they watch the stream archive. The Live chat module only exists on the YouTube watch pages — it does not follow embedded players. Watch the video demo ☑ .<br><br>**Note:** Live chat is not available if your channel or live stream's audience is set as made for kids.<br><br>Viewers can choose between two views of Live chat at any time.<br><br>• **Top chat:** This view filters messages such as potential spam to help make chat easier to read and more useful.<br>• **Live chat:** This view is not filtered. It shows all chat messages as they come in.<br><br>Source : https://support.google.com/youtube/answer/2524549<br><br>If your live stream is less than 12 hours, YouTube can automatically archive it for you. This option applies to all types of live streams - including: Stream now, Events, Webcam, and Mobile. YouTube will also automatically archive streams of 1440p and 2160p (4K) video resolution. But, we recommend also recording a local archive as a backup. You can create highlight clips while your stream is still live.<br><br>Source: https://support.google.com/youtube/answer/6247592 |

| Claim | Analysis | Select Evidence |
|---|---|---|
| [2] (d) a second client application allowing at least one observing participant to sense said computer screen video and said data stream live, | Google supports many different variations of YouTube to allow an observing participant to watch live-streamed computer screen video and a data stream.  These include the YouTube webpage when viewed on a computer, phone or tablet.[2] | <br>Source: Screenshot of YouTube watch page |
| [2] (e) said second client application also being arranged to allow said observing participant to selectively sense a previously presented and recorded part of | YouTube watch pages allow observing participants to selectively sense a previously presented and recorded part of the | Enabling YouTube's DVR feature allows your viewers to pause, rewind, and continue during the event. Once a viewer resumes playing, the event will continue from where they hit pause. To enable DVR, follow these steps:<br><br>• **Stream Now:** Click **Stream Options** and check the box for **Enable DVR**.<br>• **Events:** Click **Advanced settings** and check the box for **Enable DVR**.<br><br>Source: https://support.google.com/youtube/answer/9296823?hl=en |

[2] YouTube also supports being played back on TVs through at least 35 different devices https://support.google.com/youtube/answer/7582560?hl=en#zippy=%2Cgame-consoles%2Csmart-tvs%2Cstreaming-media-devices%2Ccable-and-satellite-providers.  Such alternative systems may support additional variations of infringement by Google of this and other claims.

| Claim | Analysis | Select Evidence |
|---|---|---|
| said computer screen video and said data stream while said presenting participant is sharing a current part of said computer screen video and said data stream, | computer screen video and data stream while the presenting participant is sharing a current part of the computer screen video and data stream (e.g., "during the event"). | |
| [2] (f) said second client application also being arranged to allow said observing participant to selectively sense a previously presented and recorded part of said computer screen video and said data stream after said presenting participant has finished sharing a said computer screen video and, said data stream | YouTube watch pages allow observing participants to selectively sense a previously presented and recorded part of the computer screen video and data stream after the presenting participant has finished sharing the computer screen video and data stream. | If your live stream is less than 12 hours, YouTube can automatically archive it for you. This option applies to all types of live streams - including: Stream now, Events, Webcam, and Mobile. YouTube will also automatically archive streams of 1440p and 2160p (4K) video resolution. But, we recommend also recording a local archive as a backup. You can create highlight clips while your stream is still live.<br><br>Source: https://support.google.com/youtube/answer/6247592 |
| whereby said web conferencing system is able to simultaneously record said computer | YouTube is able to simultaneously record a presenting participant's computer screen | Enabling YouTube's DVR feature allows your viewers to pause, rewind, and continue during the event. Once a viewer resumes playing, the event will continue from where they hit pause. To enable DVR, follow these steps:<br><br>• **Stream Now:** Click **Stream Options** and check the box for **Enable DVR**.<br>• **Events:** Click **Advanced settings** and check the box for **Enable DVR**. |

| Claim | Analysis | Select Evidence | | |
|---|---|---|---|---|
| screen video and said data stream and allow said observing participant to sense current and previously presented parts of said computer screen video and said data stream. | video and data stream and allow observing participants to sense current and previously presented parts of the computer screen video and data stream. | Source: https://support.google.com/youtube/answer/9296823?hl=en<br><br>If your live stream is less than 12 hours, YouTube can automatically archive it for you. This option applies to all types of live streams - including: Stream now, Events, Webcam, and Mobile. YouTube will also automatically archive streams of 1440p and 2160p (4K) video resolution. But, we recommend also recording a local archive as a backup. You can create highlight clips while your stream is still live.<br>Source: https://support.google.com/youtube/answer/6247592 | | |
| 3. The system of claim 2 wherein:<br><br>(a) said first client application allows said presenting participant to share audio data<br><br>(b) said storage means records said audio data, and<br><br>(c) said second client application allows said observing participant to sense said audio data. | Each of the three Infringing Google Input Applications allows presenting participants to share audio data (e.g., microphone audio data), which can be recorded, and the participants to | Livestreams created at the YouTube Website allow sharing, recording, and sensing audio<br><br>Infringement occurs several ways:<br><br>• If YouTube itself is treated as the "first client application," Google's YouTube Website directly infringes this element.  And/or:<br>• If a third-party encoder is treated as the "first client application," YouTube directly infringes this element because it directs and controls (and verifies) how the | Livestreams initiated with the YouTube App allow sharing, recording, and sensing audio | Livestreams initiated in Google Meet allow sharing, recording, and sensing audio |

| Claim | Analysis | Select Evidence | | |
|-------|----------|-----------------|---|---|
| | | third-party encoders must operate and Google puts the YouTube system into place and benefits from it's use. And/Or: <br>• If a third-party encoder is treated as the "first client application," and it is determined that YouTube does not direct and control (and verify) how the third-party encoders must operate, then Google is liable for inducing infringement because it is aware of the '637 Patent and how encoder/YouTube infringe the patent and has continued to induce users to use encoders while live streaming to YouTube. | | |
| 4. The system of claim 3 wherein: (a) said web conferencing system | Google supports viewing YouTube livestreams "on TV through many | | | |

| Claim | Analysis | Select Evidence | |
|-------|----------|-----------------|---|
| includes an audio timescale modification component, | devices available around the world," and Google is "constantly bringing YouTube to new devices."<br><br>In addition to watching YouTube on a computer, phone or tablet (all of which support variable playback speeds), an unknown (but non-zero) number of the more than 35 different devices supporting watching YouTube on TV support variable playback speeds. For example, the "settings" feature in YouTube for TV on LG TVs, Samsung TVs, and Apple TV all allow variation of playback speed. Thus, a live stream initiated by one of the Infringing Google Input | Variable speed playback was launched on the web several years ago and is one of our most highly requested features on mobile. Now, it's here! You can speed up or slow down videos in the YouTube app on iOS and on Android devices running Android 5.0+. Playback speed can be adjusted from 0.25x (quarter speed) to 2x (double speed) in the overflow menu of the player controls.<br><br>The most commonly used speed setting on the web is 1.25x, closely followed by 1.5x. Speed watching is the new speed listening which was the new speed reading, especially when consuming long lectures or interviews. But variable speed isn't just useful for skimming through content to save time, it can also be an important tool for investigating finer details. For example, you might want to slow down a tutorial to learn some new choreography or figure out a guitar strumming pattern.<br><br>To speed up or slow down audio while retaining its comprehensibility, our main challenge was to efficiently change the duration of the audio signal without affecting the pitch or introducing distortion. This process is called time stretching. Without time stretching, an audio signal that was originally at 100 Hz becomes 200 Hz at double speed causing that chipmunk effect. Similarly, slowing down the speed will lower the pitch. Time stretching can be achieved using a phase vocoder, which transforms the signal into its frequency domain representation to make phase adjustments before producing a lengthened or shortened version. Time stretching can also be done in the time domain by carefully selecting windows from the original signal to be assembled into the new one. On Android, we used the Sonic library for our audio manipulation in ExoPlayer. Sonic uses PICOLA, a time domain based algorithm. On iOS, AVplayer has a built in playback rate feature with configurable time stretching. Here, we have chosen to use the spectral (frequency domain) algorithm.<br><br>https://youtube-eng.googleblog.com/2017/09/variable-speed-playback-on-mobile.html<br><br>Source: https://support.google.com/youtube/answer/7582560?hl=en#zippy=%2Cgame-consoles%2Csmart-tvs%2Cstreaming-media-devices%2Ccable-and-satellite-providers | |

9

| Claim | Analysis | Select Evidence |
|---|---|---|
| | Applications infringes claim 4 if it is accessed on any YouTube viewer that supports variable playback speeds. | |
| [4] (b) said second client application also allows said participant to observe said computer screen video, said data stream, and said audio data at an adjustable rate of speed, whereby said audio time-scale modification component maintains substantially consistent perceived aspects of audio quality at a plurality of chosen playback rates of speed. | YouTube watch pages allow viewing participants to observe the computer screen video, the data stream, and the audio data at an adjustable rate of speed. YouTube"s variable speed playback component utilizes "time stretching" to maintain substantially consistent perceived aspects of audio quality at a plurality of chosen playback rates of speed. | <br><br>Source: Screenshot of YouTube watch page |

| Claim | Analysis | Select Evidence |
|---|---|---|
| | | To speed up or slow down audio while retaining its comprehensibility, our main challenge was to efficiently change the duration of the audio signal without affecting the pitch or introducing distortion. This process is called time stretching. Without time stretching, an audio signal that was originally at 100 Hz becomes 200 Hz at double speed causing that chipmunk effect. Similarly, slowing down the speed will lower the pitch. Time stretching can be achieved using a phase vocoder, which transforms the signal into its frequency domain representation to make phase adjustments before producing a lengthened or shortened version. Time stretching can also be done in the time domain by carefully selecting windows from the original signal to be assembled into the new one. On Android, we used the Sonic library for our audio manipulation in ExoPlayer. Sonic uses PICOLA, a time domain based algorithm. On iOS, AVplayer has a built in playback rate feature with configurable time stretching. Here, we have chosen to use the spectral (frequency domain) algorithm.<br>Source: https://youtube-eng.googleblog.com/2017/09/variable-speed-playback-on-mobile.html |
| 5. The system of claim 4 wherein said second client application also allows said observing participant to perform timeshifting operations comprising pausing, resuming and seeking. | YouTube watch pages allow observing participants to perform time-shifting operations comprising pausing, resuming, and seeking. | Enabling YouTube's DVR feature allows your viewers to pause, rewind, and continue during the event. Once a viewer resumes playing, the event will continue from where they hit pause. To enable DVR, follow these steps:<br>• **Stream Now**: Click **Stream Options** and check the box for **Enable DVR**.<br>• **Events**: Click **Advanced settings** and check the box for **Enable DVR**.<br>Source: https://support.google.com/youtube/answer/9296823?hl=en |

| Claim | Analysis | Select Evidence |
|---|---|---|
|  |  | <br><br>Source: Screenshot of YouTube watch page |
| 7. A web conferencing system comprising: | Google has developed and supports web-based live streaming through its "YouTube" line of products.  When used in this manner, YouTube is a web |  |

12

| Claim | Analysis | Select Evidence | | |
|---|---|---|---|---|
| | conferencing system.<br><br>"Web conferencing systems can be used to hold meetings and give presentations where participants are in remote locations." '637, 2:37-38. | | | |
| [7](a) a first client application that allows at least one presenting participant to share data streams comprised of audio data and computer screen video data | The Infringing Google Input Applications each allow a presenting participant to share audio data and computer screen video data | Livestreaming created using the YouTube Website allows sharing audio data and computer screen video data. Infringement occurs several ways:<br><br>• If YouTube Livestreaming webpage itself is treated as the "first client application," Google's YouTube Website directly infringes this element.  And/or:<br>• If a third-party encoder is treated as the "first client application," YouTube directly infringes this element because it | The YouTube App allows the presenter to share audio data and computer screen video data. | Google Meet allows the presenter to share audio data and computer screen video data and livestream to YouTube. |

13

| Claim | Analysis | Select Evidence | | |
|---|---|---|---|---|
| | | directs and controls (and verifies) how the third-party encoders must operate and Google puts the YouTube system into place and benefits from its use. And/Or:<br><br>• If a third-party encoder is treated as the "first client application," and it is determined that YouTube does not direct and control (and verify) how the third-party encoders must operate, then Google is liable for inducing infringement because it is aware of the '637 Patent and how encoder/YouTube infringe the patent and has continued to induce users to use encoders while live streaming to YouTube. | | |

| Claim | Analysis | Select Evidence | | |
|---|---|---|---|---|
| | | | | |

| [7] (b) a second client application that allows at least one observing participant to sense said data streams | Google supports many different variations of YouTube to allow an observing participant to watch computer screen video and a data stream.  These include the YouTube webpage when viewed on a computer, phone or tablet, and YouTube Apps for TVs (a list of more than 35 devices). |  |
|---|---|---|

16

| Claim | Analysis | Select Evidence |
|---|---|---|
|  |  |  Source: Screenshot of YouTube watch page |
| (c) a server application operatively connected to said first client application and to said second client application, said server application arranged to: | YouTube includes a server application operatively connected to the first client application (e.g., YouTube Mobile application) and to said second client application (e.g., YouTube watch pages). | **Introduction to live streaming** YouTube Live is an easy way to reach your audience in real time. Whether you're streaming a video game, hosting a live Q&A, or teaching a class, our tools will help you manage your stream and interact with viewers in real time. There are a few ways you can live stream on YouTube. Here's a quick overview: **Simple:** These options are great for beginners, or if you want to quickly go live. • **Webcam:** Live streaming via webcam is an easy way to go live without the need for an encoder. Start streaming from your laptop/desktop computer using your webcam. Learn more • **Mobile:** Streaming on mobile lets you stream from the YouTube app. Note: to be able to live stream on mobile, you need to have at least 1,000 subscribers. Learn more Source: : https://support.google.com/youtube/answer/2474026?hl=en |

17

| Claim | Analysis | Select Evidence |
|---|---|---|
| i. receive said data streams from said first client application and record it in a storage device | The YouTube server application is arranged to receive the data streams from the YouTube mobile application and record them in a storage device. | Enabling YouTube's DVR feature allows your viewers to pause, rewind, and continue during the event. Once a viewer resumes playing, the event will continue from where they hit pause. To enable DVR, follow these steps:<br><br>• **Stream Now:** Click **Stream Options** and check the box for **Enable DVR**.<br>• **Events:** Click **Advanced settings** and check the box for **Enable DVR**.<br><br>Source: https://support.google.com/youtube/answer/9296823?hl=en<br><br>## Live chat basics<br><br>Live chat is enabled by default and will appear to the right of the video player when your live stream is active. After your live stream ends, viewers will see a replay of live chat when they watch the stream archive. The Live chat module only exists on the YouTube watch pages — it does not follow embedded players. Watch the video demo ☑ .<br><br>**Note:** Live chat is not available if your channel or live stream's audience is set as made for kids.<br><br>Viewers can choose between two views of Live chat at any time.<br><br>• **Top chat:** This view filters messages such as potential spam to help make chat easier to read and more useful.<br>• **Live chat:** This view is not filtered. It shows all chat messages as they come in.<br><br>Source : https://support.google.com/youtube/answer/2524549<br><br>If your live stream is less than 12 hours, YouTube can automatically archive it for you. This option applies to all types of live streams - including: Stream now, Events, Webcam, and Mobile. YouTube will also automatically archive streams of 1440p and 2160p (4K) video resolution. But, we recommend also recording a local archive as a backup. You can create highlight clips while your stream is still live.<br><br>Source: https://support.google.com/youtube/answer/6247592 |

| Claim | Analysis | Select Evidence |
|---|---|---|
| ii. retrieve said data streams from said storage device and send it to said second client application | YouTube server application is arranged to retrieve the data streams from the storage device and send it to the second client application (e.g., YouTube watch pages). |  Source: Screenshot of YouTube watch page |

| Claim | Analysis | Select Evidence | |
|---|---|---|---|
| [7] (d) a time-scale modification component operatively connected to said second client application which is able to maintain substantially consistent perceived audio quality at a plurality of playback rates | YouTube includes a timescale modification component (e.g., time stretching component) operatively connected to the second client application (e.g., YouTube watch pages) that is able to maintain substantially consistent perceived audio quality at a plurality of playback rates.  This includes playback on YouTube TV devices. | Variable speed playback was launched on the web several years ago and is one of our most highly requested features on mobile. Now, it's here! You can speed up or slow down videos in the YouTube app on iOS and on Android devices running Android 5.0+. Playback speed can be adjusted from 0.25x (quarter speed) to 2x (double speed) in the overflow menu of the player controls.

The most commonly used speed setting on the web is 1.25x, closely followed by 1.5x. Speed watching is the new speed listening which was the new speed reading, especially when consuming long lectures or interviews. But variable speed isn't just useful for skimming through content to save time, it can also be an important tool for investigating finer details. For example, you might want to slow down a tutorial to learn some new choreography or figure out a guitar strumming pattern.

To speed up or slow down audio while retaining its comprehensibility, our main challenge was to efficiently change the duration of the audio signal without affecting the pitch or introducing distortion. This process is called time stretching. Without time stretching, an audio signal that was originally at 100 Hz becomes 200 Hz at double speed causing that chipmunk effect. Similarly, slowing down the speed will lower the pitch. Time stretching can be achieved using a phase vocoder, which transforms the signal into its frequency domain representation to make phase adjustments before producing a lengthened or shortened version. Time stretching can also be done in the time domain by carefully selecting windows from the original signal to be assembled into the new one. On Android, we used the Sonic library for our audio manipulation in ExoPlayer. Sonic uses PICOLA, a time domain based algorithm. On iOS, AVplayer has a built in playback rate feature with configurable time stretching. Here, we have chosen to use the spectral (frequency domain) algorithm.

Source: https://youtube-eng.googleblog.com/2017/09/variable-speed-playback-on-mobile.html | |

20

| Claim | Analysis | Select Evidence |
|---|---|---|
| | |  Source: Screenshot of YouTube watch page |
| whereby said data streams from said first client application can be simultaneously recorded by and retrieved from said storage device, and said second client application allows said observing participant to sense | YouTube allows data streams to be simultaneously recorded by YouTube"s servers and retrieved from the storage device. The YouTube watch pages allow observing participants to sense the data streams in real-time. | ## Introduction to live streaming<br><br>YouTube Live is an easy way to reach your audience in real time. Whether you're streaming a video game, hosti a live Q&A, or teaching a class, our tools will help you manage your stream and interact with viewers in real tim<br><br>Source: https://support.google.com/youtube/answer/2474026?hl=en |

| Claim | Analysis | Select Evidence |
|---|---|---|
| said data streams in realtime, | | |
| and said second client application also allows said observing participant to selectively sense a previously presented and recorded part of said data streams at a plurality of playback rates at the same time that said presenting participant is sharing a current part of said data streams and | The YouTube watch pages allow observing participants to selectively sense a previously presented and recorded part of the data streams at a plurality of playback rates at the same time the presenting participant is sharing a current part of the data streams (e.g., "pause, rewind, and continue during the event"). | Enabling YouTube's DVR feature allows your viewers to pause, rewind, and continue during the event. Once a viewer resumes playing, the event will continue from where they hit pause. To enable DVR, follow these steps:<br><br>• **Stream Now**: Click **Stream Options** and check the box for **Enable DVR**.<br>• **Events**: Click **Advanced settings** and check the box for **Enable DVR**.<br><br>Source: https://support.google.com/youtube/answer/9296823?hl=en |

| Claim | Analysis | Select Evidence |
|---|---|---|
| | | Variable speed playback was launched on the web several years ago and is one of our most highly requested features on mobile. Now, it's here! You can speed up or slow down videos in the YouTube app on iOS and on Android devices running Android 5.0+. Playback speed can be adjusted from 0.25x (quarter speed) to 2x (double speed) in the overflow menu of the player controls.<br><br>The most commonly used speed setting on the web is 1.25x, closely followed by 1.5x. Speed watching is the new speed listening which was the new speed reading, especially when consuming long lectures or interviews. But variable speed isn't just useful for skimming through content to save time, it can also be an important tool for investigating finer details. For example, you might want to slow down a tutorial to learn some new choreography or figure out a guitar strumming pattern.<br><br>To speed up or slow down audio while retaining its comprehensibility, our main challenge was to efficiently change the duration of the audio signal without affecting the pitch or introducing distortion. This process is called time stretching. Without time stretching, an audio signal that was originally at 100 Hz becomes 200 Hz at double speed causing that chipmunk effect. Similarly, slowing down the speed will lower the pitch. Time stretching can be achieved using a phase vocoder, which transforms the signal into its frequency domain representation to make phase adjustments before producing a lengthened or shortened version. Time stretching can also be done in the time domain by carefully selecting windows from the original signal to be assembled into the new one. On Android, we used the Sonic library for our audio manipulation in ExoPlayer. Sonic uses PICOLA, a time domain based algorithm. On iOS, AVplayer has a built in playback rate feature with configurable time stretching. Here, we have chosen to use the spectral (frequency domain) algorithm.<br>Source: https://youtube-eng.googleblog.com/2017/09/variable-speed-playback-on-mobile.html |
| after said presenting participant has stopped sharing, and said observing participant will | YouTube automatically archives YouTube Live streams and allows observing | If your live stream is less than 12 hours, YouTube can automatically archive it for you. This option applies to all types of live streams - including: Stream now, Events, Webcam, and Mobile. YouTube will also automatically archive streams of 1440p and 2160p (4K) video resolution. But, we recommend also recording a local archive as a backup. You can create highlight clips while your stream is still live.<br>Source: https://support.google.com/youtube/answer/6247592 |

| Claim | Analysis | Select Evidence | | |
|---|---|---|---|---|
| perceive substantially consistent audio quality. | participants to perceive substantially consistent audio quality | To speed up or slow down audio while retaining its comprehensibility, our main challenge was to efficiently change the duration of the audio signal without affecting the pitch or introducing distortion. This process is called time stretching. Without time stretching, an audio signal that was originally at 100 Hz becomes 200 Hz at double speed causing that chipmunk effect. Similarly, slowing down the speed will lower the pitch. Time stretching can be achieved using a phase vocoder, which transforms the signal into its frequency domain representation to make phase adjustments before producing a lengthened or shortened version. Time stretching can also be done in the time domain by carefully selecting windows from the original signal to be assembled into the new one. On Android, we used the Sonic library for our audio manipulation in ExoPlayer. Sonic uses PICOLA, a time domain based algorithm. On iOS, AVplayer has a built in playback rate feature with configurable time stretching. Here, we have chosen to use the spectral (frequency domain) algorithm.<br><br>Source: https://youtube-eng.googleblog.com/2017/09/variable-speed-playback-on-mobile.html | | |
| 8. The system of claim 7 wherein said data streams also include data selected from the group consisting of chat data, documents, web pages and whiteboarding session. | Each of the three Infringing Google Input Applications allows the presenting participant to share at least one data stream selected from the group consisting of chat data, documents, web pages and whiteboarding session. | Livestreaming created using the YouTube Website has live chat turned on by default<br><br>How to use YouTube Live chat<br>Live chat is turned on by default unless your channel's live stream's audience is set as made for kids. When your live stream ends, it will be archived and viewers can watch the live stream along with the live chat.<br>The live chat feature is only available on YouTube watch pages, not on embedded players.<br><br>https://support.google.com/youtube/answer/2524549 | The YouTube App allows the presenter to "allow chat" | Google Meet allows the presenter to share whiteboarding with a feature called "Jam Board"<br><br>Collaborate with a Jamboard in Google Meet<br>Start or open a Google Jamboard while in a meeting. A Jamboard is a virtual dry erase board where you can brainstorm ideas live with others.<br>Important: You can only start or open a Jamboard during a Meet call if you joined the call on a computer. Meeting participants on a mobile device or tablet will get a link to a Jamboard file and be directed to the Jamboard app.<br>Start or open a Jamboard in a meeting<br>Use Jamboard in a meeting<br>1. Start or Join a meeting.<br>2. At the bottom right, click Activities ⬚ ▸ Whiteboarding.<br>3. Select an option:<br>• To create a new Jamboard: Click Start a new whiteboard.<br>• To open an existing Jamboard from your drive, shared drives, or computer: Click Choose from Drive.<br><br>https://support.google.com/meet/answer/10071448 |

| Claim | Analysis | Select Evidence |
|---|---|---|
| | | |
| 9. The system of claim 8 wherein said second client application allows said observing participant to perform timeshifting operations comprising pausing, resuming and seeking said data streams. | YouTube watch pages allow observing participants to perform time-shifting operations comprising pausing, resuming, and seeking the data streams. | Enabling YouTube's DVR feature allows your viewers to pause, rewind, and continue during the event. Once a viewer resumes playing, the event will continue from where they hit pause. To enable DVR, follow these steps:<br><br>• Stream Now: Click Stream Options and check the box for Enable DVR.<br>• Events: Click Advanced settings and check the box for Enable DVR.<br><br>Source: https://support.google.com/youtube/answer/9296823?hl=en |

| Claim | Analysis | Select Evidence |
|-------|----------|-----------------|
|       |          |  Source: Screenshot of YouTube watch page |

26