# United States Court of Appeals
# for the Federal Circuit

———————————

**US PATENT NO. 7,679,637 LLC,**

*Plaintiff-Appellant*

**v.**

**GOOGLE LLC,**

*Defendant-Appellee*

———————————

2024-1520

———————————

Appeal from the United States District Court for the Western District of Washington in No. 2:23-cv-00592-JHC, Judge John H. Chun.

———————————

**MANDATE**

———————————

In accordance with the judgment of this Court, entered January 22, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

April 1, 2026
Date

Jarrett B. Perlow
Clerk of Court